ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 5 2017

James N. Hatten, Clerk
By: Deputy Clerk ƎM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON JERALD BALDWIN | Criminal Indictment<br><br>No. **1:17 CR 276** |

THE GRAND JURY CHARGES THAT:

On or about June 12, 2015, in the Northern District of Georgia, the defendant, BRANDON JERALD BALDWIN, did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed that would constitute a violation of Title 18, United States, § 844(h), specifically, the defendant placed a hoax destructive device near a residence, all in violation of Title 18, United States Code, § 1038 (a).

A ___True___ BILL

_____
FOREPERSON

JOHN A. HORN
*United States Attorney*

*[signature]*
TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-618