U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00973)

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 5 2017

James N. Hatten, Clerk
By: Deputy Clerk CMM

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:                                  DISTRICT COURT NO. **1:17CR276**

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: August 15, 2017 | DATE: | DATE: |

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| vs. | Prior Case Number: |
| BRANDON JERALD BALDWIN | Date Filed: August 15, 2017 |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Tracia M. King
Defense Attorney: