**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

BRANDON JERALD BALDWIN

Superseding Criminal Indictment

No. 1:17-CR-00276-ELR-JFK

THE GRAND JURY CHARGES THAT:

On or about June 12, 2015, in the Northern District of Georgia, the defendant, BRANDON JERALD BALDWIN, did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed, that would constitute a violation of Title 18, United States, § 844(h), specifically, the defendant placed a hoax bomb near a Metro-Atlanta residence; the destructive device, if it had been real, would have been received and possessed by defendant BALDWIN who was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, § 5861 (d); and after having been previously convicted of a felony offense

punishable by a term of imprisonment of more than one year, in violation of Title 18, United States Code, § 922(g); all in violation of Title 18, United States Code, § 1038 (a).

A ___True___ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

TRACIA M. KING
  *Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181