FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 17 2018

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON JERALD BALDWIN | Criminal Indictment<br><br>No. 1:17-CR-00276-ELR-JFK<br><br>Second Superseding |

THE GRAND JURY CHARGES THAT:

On or about June 12, 2015, in the Northern District of Georgia, the defendant, BRANDON JERALD BALDWIN, did knowingly and intentionally convey false and misleading information under circumstances where such information may reasonably have been believed and that indicated that an activity would take place; that is, the Defendant, after having been previously convicted of a felony offense punishable by a term of imprisonment of more than one year, placed a hoax bomb near a residence with the intent to convey the false and misleading information that the device was a real explosive, and where the carrying of such an explosive device would have been a violation of Title 18, United States Code, Section 844(h), in connection with Title 26, United States Code, Sections 5861(a)

1

and(d), and Title 18, United States Code, Section 922(g)(1); all in violation of Title 18, United States Code, Section 1038(a).

A  *True*  BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2