U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 17 2018

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00973)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:17-CR-00276-ELR-JFK

**MAGISTRATE CASE NO.**

X Indictment
DATE: April 17, 2018

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
**vs.**
**BRANDON JERALD BALDWIN**

SECOND SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed: November 21, 2017

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: Tracia M. King
Defense Attorney: Mille Dunn