# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00276-ELR-JFK
## USA v. Baldwin
## Honorable Janet F. King

Minute Sheet for proceedings held In Open Court on 04/27/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 1:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Andy Ashley
TAPE NUMBER: FTR Gold
DEPUTY CLERK: Karen Thornton

DEFENDANT(S):     [1]Brandon Jerald Baldwin Present at proceedings

ATTORNEY(S) PRESENT:     Mildred Dunn representing Brandon Jerald Baldwin
Tracia King representing USA

PROCEEDING CATEGORY:     Evidentiary Hearing;

MINUTE TEXT:     Oral argument was conducted on the validity of the indictment. Defendant's counsel argued. Exhibit 1 admitted. Government rebutted defendant's argument. Defendant responded. Transcript due 5/11/18.

EXHIBIT STATUS:     Exhibits retained by the Court to be forwarded to the Clerks Office.